DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DOMINIC FREDDIE BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 04-5212 OWW |
| ) | |
| Plaintiff, ) | **STIPULATED MOTION AND ORDER TO** |
| ) | **REDUCE SENTENCE PURSUANT TO 18** |
| v. ) | **U.S.C. § 3582(c)(2)** |
| ) | |
| DOMINIC FREDDIE BELL, ) | **RETROACTIVE CRACK COCAINE** |
| ) | **REDUCTION CASE** |
| Defendant. ) | |
| ) | |
| _____ ) | |

Defendant, DOMINIC FREDDIE BELL, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney DAWRENCE RICE, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.   The sentencing range applicable to Mr. Bell was subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

3. Accordingly, Mr. Bell's adjusted offense level has been reduced from 25 to 23, and a sentence at the low end of the new guideline range would be 92 months;

4. Mr. Bell merits a reduction in his sentence based on the factors listed in 18 U.S.C. § 3553(a), as well as considerations of public safety and Mr. Bell's positive post-sentencing conduct;

5. Accordingly, the parties request the court to enter the order lodged herewith reducing Mr. Bell's term of imprisonment to an aggregate term of 92 months on all counts.

Dated:  June 2, 2008

Respectfully submitted,

| | |
|---|---|
| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ _Dawrence Rice_ | /s/ _David M. Porter_ |
| DAWRENCE RICE | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | DOMINIC FREDDIE BELL |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

On August 23, 2005, this Court sentenced Mr. Bell to a term of imprisonment of 100 months.  The parties agree, and the Court finds, that Mr. Bell is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 25 to 23.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 92 months on all counts;

IT IS FURTHER ORDERED that all other terms and provisions of the

STIPULATED MOTION and ORDER TO REDUCE SENTENCE

-2-

1  original judgment remain in effect.
2      Unless otherwise ordered, Mr. Bell shall report to the United
3  States Probation office closest to the release destination within
4  seventy-two hours after his release.
5  IT IS SO ORDERED.
6  **Dated:   June 2, 2008**               /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

STIPULATED MOTION and ORDER TO REDUCE SENTENCE
-3-