# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DOMINIC FREDDIE BELL | ) | Case No: 1:04-cr-5212 OWW |
| | ) | USM No: 61929-097 |
| Date of Previous Judgment: 8/25/2005 | ) | DAVID PORTER |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  100  months **is reduced to**  92  months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  25            Amended Offense Level:  23
Criminal History Category:  VI        Criminal History Category:  VI
Previous Guideline Range:  110  to  137  months    Amended Guideline Range:  92  to  115  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐  Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  8/25/2005  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  6/30/08                                   /s/ OLIVER W. WANGER
                                                              Judge's signature

Effective Date:                                          OLIVER W. WANGER, US DISTRICT JUDGE
(if different from order date)                          Printed name and title