UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Lawrence J. O'Neill
United States District Judge
Fresno, California

          RE:    Dominic Freddie Bell
                Docket Number:  1:04CR05212-01 LJO
                <u>REQUEST FOR CONTINUANCE</u>

Your Honor:

On November 15, 2013, the defendant appeared before Magistrate Judge Shelia K. Oberto. The defendant admitted two violations of supervised release and Sentencing was set for December 9, 2013. As this officer was out of the office for two weeks, it is requested the hearing be continued to January 13, 2014. Both parities have been contacted and agree on the above date.

Respectfully submitted,

/s/  Megan Pascual

**MEGAN PASCUAL**
**United States Probation Officer**

Dated:      December 2, 2013
              Fresno, California
              MDP


**REVIEWED BY:**     /s/ Hubert J. Alvarez
                          **HUBERT J. ALVAREZ**
                          **Supervising United States Probation Officer**

RE:     Dominic Freddie Bell
        Docket Number:   1:04CR05212-01 LJO


AGREE:  ___X_____                           DISAGREE:  _____

Attachment(s)

cc:     Dawrence Wayne Rice, Jr.
        Assistant United States Attorney

        Victor M. Chavez
        Defense Counsel


IT IS SO ORDERED.

**Dated:**  **December 3, 2013**           **/s/  Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE